# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | * | |
| **Isaac Wenton Hall** | * | Case no. 18-41250-JJR |
| ***-**-0407 | * | |
| **Ruby L. Hall** | * | |
| ***-**-5524 | * | |
| Debtors | * | Chapter 13 |

## DEBTORS' MOTION TO MODIFY CONFIRMATION ORDER

COME NOW the Debtors and move this Honorable Court pursuant to 11 U.S. Code §1329 to modify the Confirmation Order in this case to decrease their plan payments from $2,300.00 monthly to $1,516.00 monthly and to increase the plan term from 36 months to 48 months to cure a delinquency.

In support, the Debtors would show that they were involved in a serious auto accident. Both Debtors were injured and Mrs. Hall spent several weeks hospitalized. Upon her discharge both Debtors stayed temporarily with a family member out of state. Now that the Debtors are back in their home, gasoline, auto maintenance, and out-of-pocket medical and pharmacy expenses have increased due to the need to travel to numerous doctor appointments. Debtors' change in circumstances necessitates a reduction in the monthly plan payment amount and an increase in the plan term. The proposed modification will cure the payment delinquency that exists. The other provisions of the Confirmation Order will remain unchanged.

WHEREFORE, the Debtors pray this motion be granted and for such other relief as may be appropriate.

This 21st day of July, 2020.

*/s/Tameria S. Driskill*
Attorney for Debtors
Williams, Driskill, Huffstutler & King
2100 Club Drive, Ste 150
Gadsden, AL 359021
(256) 442-0201

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Motion to Modify on the Debtors and all creditors and parties of interest listed on the matrix attached hereto by placing the same in the U.S. mail, postage prepaid and properly addressed, and on Hon. Linda B. Gore, Chapter 13 Standing Trustee, by electronic mail via the Court's CM/ECF system at noticetrustee@ch13gadsden.com.

This 21st day of July, 2020.

*/s/ Tameria S. Driskill*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-1<br>Case 18-41250-JJR13<br>NORTHERN DISTRICT OF ALABAMA<br>Anniston<br>Tue Jul 21 10:51:08 CDT 2020 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 |
| FAMILY SECURITY CREDIT UNION<br>C/O CHAMBLESS MATH & CARR<br>PO BOX 230759<br>MONTGOMERY, AL 36123-0759 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | TD Auto Finance, LLC<br>1715 Aaron Brenner Drive, Suite 800<br>Memphis, TN 38120-1445 |
| U. S. Bankruptcy Court<br>1129 Noble Street, Room 117<br>Anniston, AL 36201-4674 | 1st Franklin Financial<br>PO Box 468<br>Arab, AL 35016-0468 | 1st Franklin Financial Corporation<br>PO Box 880 Attn: Administrative Services<br>Toccoa, GA 30577-0880 |
| AT&T<br>PO Box 9100<br>Farmingale, NY 11735-9100 | AT&T CORP<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | Amber Snook<br>1255 Saylor Circle<br>Arab, AL 35016-4909 |
| Ameren Illinois<br>2105 E State Route 104<br>Pawnee, IL 62558-4685 | AmeriMark<br>PO Box 2845<br>Monroe, WI 53566-8045 | Amerimark<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 |
| Caleb Hall<br>1255 Saylor Circle<br>Arab, AL 35016-4909 | Chrysler Financial/TD Auto Finance<br>Attn: Bankruptcy<br>PO Box 9223<br>Farmington Hills, MI 48333-9223 | Comcast<br>600 Galleria Pkwy<br>Ste 100<br>Atlanta, GA 30339-5991 |
| Comenity Bank/Goodys<br>Attn:  Bankruptcy Dept<br>PO Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Roamans<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Woman Within<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Capital Bank/HSN<br>Attn:  Bankruptcy Dept<br>PO Box 18215<br>Columbus, OH 43218 | Credit Central<br>942 N. Brindlee Mountain Pkwy<br>Arab, AL 35016-1065 | Credit Central, LLC<br>700 E. North St, Suite 15<br>Greenville, SC 29601-3013 |
| (p)FAMILY SECURITY CREDIT UNION<br>ATTN ATTN LAURA TERRY<br>2204 FAMILY SECURITY PLACE SW<br>DECATUR AL 35603-5500 | (p)FARMERS FURNITURE<br>ATTN CORPORATE CREDIT DEPT<br>PO BOX 1140<br>DUBLIN GA 31040-1140 | Farmers Home Furniture-Arab, AL<br>Attn: Corporate Credit Department<br>P.O. Box 1140<br>Dublin, GA 31040-1140 |
| Home Point Financial Corp<br>PO Box 77404<br>Ewing, NJ 08628-6404 | (p)HOME POINT FINANCIAL CORPORATION<br>11511 LUNA ROAD<br>2ND AND 3RD FLOOR<br>FARMERS BRANCH TX 75234-6451 | Hyundai Capital America DBA<br>Kia Motors Finance<br>PO Box 20825<br>Fountain Valley, CA 92728-0825 |

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kia Motors Finance Co<br>PO Box 20825<br>Fountain Valley, CA 92728-0825 | LVNV Funding, LLC its successors and assigns<br>assignee of NCOP XI, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Regions Bank<br>P.O. Box 10063<br>Birmingham, AL 35202-0063 | Sprint<br>PO Box 2630<br>Southgate, MI 48195-4630 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| Syncb/Care Credit<br>Attn Bankruptcy Dept<br>PO Box 965061<br>Orlando, FL 32896-5061 | Syncb/Walmart Dc<br>Attn Bankruptcy Dept<br>PO Box 965060<br>Orlando, FL 32896-5060 | TD Auto Finance, LLC<br>P.O. Box 16041<br>Lewiston, ME 04243-9523 |
| United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 | United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wf/Flooring<br>PO Box 14517<br>Des Moines, IA 50306-3517 | Isaac Wenton Hall<br>1255 Saylor Circle<br>Arab, AL 35016-4909 | Linda Baker Gore<br>NON-PAYMENTS: P.O. Box 1338<br>Gadsden, AL 35902 |
| Ruby L. Hall<br>1255 Saylor Circle<br>Arab, AL 35016-4909 | Tameria S. Driskill<br>Williams Driskill Huffstutler King, LLC<br>2100 Club Drive<br>Ste 150<br>Gadsden, AL 35901-5572 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 750168088 | Army & Air Force Exchange Services<br>Attention: GC-G<br>3911 S. Walton Walker Blvd.<br>Dallas, TX 75236 | (d)American Honda Finance<br>Attn Bankruptcy<br>PO Box 168088<br>Irving, TX 75016 |
| (d)Army & Air Force Exchange Services<br>Attention: GC-G<br>3911 S. Walton Walker Blvd<br>Dallas, TX 75236 | FAMILY SECURITY CREDIT UNION<br>2204 FAMILY SECURITY PLACE SW<br>DECATUR AL 35603 | (d)Family Security Credit Union<br>Attn: Bankruptcy<br>2204 Family Security Place, Sw<br>Decatur, AL 35603 |

| | | |
|---|---|---|
| Farmers Furniture<br>Attn: Bankruptcy Department<br>PO Box 1140<br>Dublin, GA 31040 | Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 | (d)Military Star/AAFES<br>Attention: Bankruptcy<br>PO Box 650060<br>Dallas, TX 75265 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Sprint Corp<br>Attention Bankruptcy<br>PO Box 7949<br>Overland Park, KS 66207-0949 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Home Point Financial Corporation | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients   49<br>Bypassed recipients   2<br>Total   51 |